## Cheppa *v.* Cheppa, Appellant.

opinion by CALDWELL, J. Submitted March 10, 1975. *John Cheppa,* appellant, in propria persona; *Bruce A. Grove, Jr.,* and *Beckley & Grove,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.